UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

International Catalog Services, S.A.,

Plaintiff,

v.

Fingerhut Corporation,

Defendant.

Civil No.00-1316 ADM /SRN

**PRETRIAL SCHEDULING ORDER**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

**Discovery Plan**

1. **Discovery shall be commenced in time to be completed by March 15, 2001.**

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before __N/A__. (Transferred from judicial district that does not require Rule 26(a)(1) initial disclosures.)

3. Disclosure of the identity of expert witnesses and full disclosure of expert testimony, required by Rule 26(a)(2) (A) and (B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   1. By Plaintiff(s) on or before November 30, 2000.

   2. By Defendant(s) on or before January 2, 2001.

FILED AUG 23 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

4. No more than 40 interrogatories [counted in accordance with Fed. R. Civ. P. 33(a)] shall be served by any party.

5. No more than 7 depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 2 expert depositions.

**Non-Dispositive Motions**

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 651-848-1200.)

1. All motions which seek to amend the pleadings or add parties must be served by October 16, 2000.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by March 30, 2001.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

**Dispositive Motions**

1. All dispositive motions shall be served and filed by the parties by April 30, 2001, (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Gertie Simon, 612-664-5093.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

**Trial**

This case shall be ready for trial on July 30, 2001, or upon resolution of any pending dispositive motions. Anticipated length of trial is 3 - 4 days.

**Settlement**

The parties are reminded to contact the Court when depositions are scheduled in the fall of 2000 to schedule a settlement conference.

Dated: August 23, 2000.

Susan Richard Nelson
United States Magistrate Judge