**EXHIBIT C**

RECEIVED
BY MAIL
MAR 16 2001
CLERK US DIST COURT
ST. PAUL, MN

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| INTERNATIONAL CATALOG SERVICES, S.A., Plaintiff/Counterclaim Defendant, | * | |
| vs. | * | CIV 00-1316 ADM/SRN |
| FINGERHUT CORPORATION, Defendant/Counterclaim Plaintiff. | * | |

AND ORDER

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties to the above-captioned action hereby stipulate that the above-captioned adversarial proceeding be dismissed, with prejudice, with each party bearing its own costs.

Respectfully submitted,

INTERNATIONAL CATALOG SERVICES, S.A.,

By its attorney,

Edwin Reiskind
116 John Street #2001
New York, NY 10038

FINGERHUT CORPORATION,

By its attorneys,

Craig A. Brandt
Winthrop & Weinstine, P.A.
3200 Minnesota World Trade Center
30 East Seventh Street
Saint Paul, Minnesota 55101

IT IS SO ORDERED.

Dated: March 19, 2001

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT

MAR 19 2001